PEOPLE *v.* TYSON

Appeal from Recorder's Court of Detroit, Davenport (Elvin L.), J. Submitted Division 1 October 8, 1968, at Detroit. (Docket No. 4,498.) Decided November 26, 1968.

Leonard Tyson was convicted of armed robbery. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *Angelo A. Pentolino,* Assistant Prosecuting Attorney, for the people.

*Jack J. Kraizman,* for defendant on appeal.

PER CURIAM. Defendant was convicted in a nonjury trial of armed robbery. CL 1948, § 750.529 (Stat Ann 1968 Cum Supp § 28.797).

On appeal the sole issue raised for our consideration was whether there was sufficient evidence presented during the trial upon which the trial court could make a finding of guilt beyond a reasonable doubt.

An examination of the record discloses sufficient admissible testimony presented at trial for the fact finder to make a determination of guilt beyond a reasonable doubt.

Affirmed.

J. H. GILLIS, P. J., and R. B. BURNS and KELLEY, JJ., concurred.